UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-16984 |
| Jennifer A. Shachter, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER MODIFYING THE PLAN POST-CONFIRMATION**

This matter coming to be heard on the Debtor's Motion to Modify Plan Post-Confirmation, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

(1) The Debtor's chapter 13 plan is modified and her monthly plan payment reduced to $650 per month for the remainder of her plan;

(2) The new plan base is $37,890.00; and

(3) The current default is deferred.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 04, 2022

**Prepared by:**

Cutler & Associates
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600